IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CECIL LEE RUSSELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 18-0120-JB-MU |
| | ) | |
| SAM COCHRAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 9) is **ADOPTED** as the opinion of this Court.[1]

**DONE and ORDERED** this 7th day of November, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE

---

[1] By a "Motion to Dismiss Complaint" filed October 22, 2018 (doc. 12), Plaintiff withdrew objections he had previously filed to the Report and Recommendation and expressly requests that his complaint be dismissed pursuant to it. ("[P]lease dismiss this complaint per the Report and Recommendation of the Magistrate Judge. Plaintiff withdraws his objections.")